IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD BURSTEIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION, JOHN J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, AND DELOITTE & TOUCHE LLP,<br><br>      Defendants. | CIVIL ACTION NO. 02-CV-3273 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

                                  _____
                                  Alan J. Davis
                                  William A. Slaughter
                                  Joel E. Tasca
                                  BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                  1735 Market Street, 51st Floor
                                  Philadelphia, PA  19103
                                  (215) 864-8230/8114/8188
                                  (215) 864-8999 (fax)

Date:  June 17, 2002

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

    Dennis J. Johnson, Esquire
    JOHNSON & PERKINSON
    1690 Williston Road
    South Burlington, VT 05403

                                          _____
                                          Joel E. Tasca